IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOYCE OUTDOOR ADVERTISING WALLSCAPES, LLC | : :  : : : |
| Plaintiff, | : : | 
| v. | : : : |
| CITY OF SCRANTON and MAYOR PAIGE GEBHARDT COGENTTI, Individually | : : : : : |
| Defendants. | : |

3:24-cv-00791
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 26th DAY OF NOVEMBER 2024,** upon consideration of Defendants' motion to dismiss, (Doc. 10), and the parties' submissions, it is **HEREBY ORDERED THAT:** Defendants' motion to dismiss, (Doc. 10), is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendants' motion to dismiss Count II alleging a violation of the Taking Clause is **DENIED**.

2. Defendants' motion to dismiss Count III alleging a violation of procedural due process and *Monell* liability is **DENIED**.

3. Defendants' motion to dismiss Count IV alleging a violation of substantive due process is **DENIED**.

4. Defendants' motion to dismiss Count VI alleging a violation of the equal protection clause is **DENIED**.

5. Defendants' motion to dismiss Count VII alleging tortious interference with contractual relations is **GRANTED** with leave to amend.

6. Defendants' motion to dismiss Count VIII alleging conversion is **GRANTED** with leave to amend.

7. Plaintiff may file an amended complaint within twenty-one (21) days from the date of this Order.

Robert D. Mariani
United States District Judge